

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00136-CR

Jaime Lee **JAIME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 19-12-03329-DCRAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 17, 2024.

_____
Rebeca C. Martinez, Chief Justice